# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3148 | **DATE** | 6/11/08 |
| **CASE TITLE** | Parish v. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT:**

Status hearing set for 8/28/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|